UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS MANASCO, et al.,** | ) |
| | ) |
| Petitioners, | ) |
| vs. | ) |
| | ) |
| **ST. LOUIS BOARD OF POLICE** | )   Cause No.    4:11 CV 00557 |
| **COMMISSIONERS,** | ) |
| **CHIEF JEROME LEE,** | ) |
| **DR. MICHAEL GERDINE,** | ) |
| **MS. BETTYE BATTLE-TURNER,** | ) |
| **MR. RICHARD GRAY, and** | ) |
| **MAYOR FRANCIS SLAY, EX OFFICIO,** | ) |
| **INTERNAL AFFAIRS DIVISION** | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF HEARING

Please take notice that the undersigned will call up for hearing Petitioner's motion for a temporary restraining order in the above-referenced civil action on Monday, March 28, 2011, at 9:00 a.m., at the Office of the Clerk for the United States District Court for the Eastern District of Missouri, Eastern Division, 111 South 10th Street, Suite 3.300, St. Louis, Missouri 63102, for assignment to a judge for hearing.

　　　　　　　　　　　　　　　　　　　　/s/ *John A. Bouhasin*
　　　　　　　　　　　　　　　　　　　　JOHN A. BOUHASIN
　　　　　　　　　　　　　　　　　　　　5201 Hampton Avenue
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63109
　　　　　　　　　　　　　　　　　　　　(314) 832-9600 Telephone
　　　　　　　　　　　　　　　　　　　　(314) 353-0181 Facsimile
　　　　　　　　　　　　　　　　　　　　email: bouhasinlaw@gmail.com

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PETITIONERS

Proof of Service

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. Mail and by facsimile transmission to the following parties on the 25th day of March, 2011:

Mark Lawson                              fax (314) 444-5611
Police Legal Adviser
1200 Clark Avenue, 6th Floor
St. Louis, Missouri 63103

Jessica Liss                             fax (314) 421-3144
Attorney at Law
100 South 4th Street, Suite 400
St. Louis, Missouri 63102

/s/ *John A. Bouhasin*