UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 3/28/11   **Judge** Catherine D. Perry   **Case No.** 4:11-cv-557-CDP
N.M., et al   v.   Board of Police Commissioners, et al
**Court Reporter** T. Hopwood   **Deputy Clerk** K. Hisaw
**Attorneys for Plaintiff(s)** John Bouhasin, Brian Milikan
**Attorneys for Defendant(s)** Jessica Liss, Mark Lawson

**Parties present for** Hearing on Temporary Restraining Order [doc. #3]. See order below. Hearing to be reset.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that all judges in this district have indicated their recusal. By agreement, the defendants have postponed the temporary restraining order deadline until tomorrow, March 29, 2011 at noon.

Pltf. Witness _____   Deft. Witness _____
Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____
Pltf. Exhibits: _____

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   10:30   a.m.
Proceedings concluded    10:35   a.m.