UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Nicholas Manasco, et al., )
 )
   Plaintiffs, )
 )
Amber Burgdorf and Andrea Manasco, )
 )
   Intervenors, )  No. 4:11-cv-557
 )
v. )
 )
Board Of Police Commissioners, et al., )
 )
   Defendants. )

## Consent Judgment

Pursuant to the joint motion of Intervnor-Plaintiffs and Defendants for entry of consent judgment on the claims of Intervnor-Plaintiffs (Doc. # 64), and the Court being fully advised in the premises,

IT IS ORDERED:

1. The preliminary injunction entered by the Court on April 1, 2011 (Doc. # 40), is made permanent as to Intervenor-Plaintiffs.

2. Defendants are permanently enjoined from disciplining or threatening to discipline Nicholas Manasco or Curtis Burgdorf for the failure or refusal of Intervenor-Plaintiffs, Andrea Manasco and Amber Burgdorf, to produce detailed telephone records, including texting and messaging information and the pictures of images sent or received from personal, non-Department-issued cellular telephones, except telephone records of text messages with images attachments sent by Nicholas Manasco or Curtis Burgdorf between March 8, 2011, and March 18, 2011.

3. Defendants will pay $1,000.00 in attorneys' fees and $416.25 in costs to Intervenor-Plaintiffs' counsel.

4. Intervenor-Plaintiffs waive any further claim to attorneys' fees or costs.

5. Entry of this consent judgment resolved all claims raised by Intervenor-Plaintiffs' complaint and any remaining claims are dismissed without prejudice.

6. This consent judgment will be incorporated into any final judgment entered herein.

7. This Court shall retain jurisdiction to enforce this judgment.

Dated this __11th___ day of __July_____, 2011.

    __s/ NANETTE K. LAUGHREY_____
    NANETTE K. LAUGHREY
    United States District Judge